UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN RAY WILLIAMS, DOING | § | |
| BUSINESS AS ROLLING CASH UPPER | § | |
| E. LP, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:24-CV-2326-B-BK |
| | § | |
| UPPER E. APARTMENTS, ET AL., | § | |
| DEFENDANTS. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate. Plaintiff's motion for *Temporary Injunction* is therefore DENIED. Doc. 6.

SO ORDERED this 7th day of October, 2024.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE